Ronald Ryan
Attorney for Debtors
1413 E Hedrick Dr
Tucson AZ 85719
(520)298-3333 ph 743-1020 fax
AZ Bar #018140  Pima Cty #65325

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA,  TUCSON DIVISION

| | |
|---|---|
| In re:    BARRY WEISBAND<br>            Debtor | Case No.  09-5175-TUC-EWH<br><br>**RESPONSE TO TRUSTEE'S MOTION TO DISMISS**<br><br>Chapter 13 |

COMES NOW, BARRY WEISBAND, Debtor, and files this Response to Trustee's Motion to Dismiss, responding to the Motion filed by DIANNE KERNS, Trustee, Movant.

1.    This chapter 13 case was commenced by the filing of a petition on 3/19/2009. DEBTOR'S AMENDED CHAPTER 13 PLAN, dated September 13, 2009, has not yet been confirmed.

2.    Debtor asks that the case not be dismissed at this time because the Trustee's Motion alleges that Debtor is in arrears on Plan payments, but Debtor is not in arrears. See attached.

WHEREFORE, Debtor asks that the Court: deny the Trustee's Motion.

Dated, June 2, 2010.

Respectfully submitted,
/s/ Ronald Ryan
Ronald Ryan,    Debtor's Counsel

### CERTIFICATE OF SERVICE

I certify that on  June 2, 2010,  a true copy of the forgoing was emailed to: Chapter 13 Trustee; and Debtor.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA
## TUCSON DIVISION

IN RE:  **BARRY WEISBAND**

CASE NO  **09-5175-TUC-EWH**

*Debtor(s)*

CHAPTER  **13**

## <u>VARIABLE PLAN PAYMENTS</u>

### PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| Month / Due Date | Payment | | Month / Due Date | Payment | | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|
| 1  05/03/2009 | $0.00 | | 21  01/03/2011 | $275.00 | | 41  09/03/2012 | $275.00 |
| 2  06/03/2009 | $0.00 | | 22  02/03/2011 | $275.00 | | 42  10/03/2012 | $275.00 |
| 3  07/03/2009 | $4,169.00 | | 23  03/03/2011 | $275.00 | | 43  11/03/2012 | $275.00 |
| 4  08/03/2009 | $0.00 | | 24  04/03/2011 | $275.00 | | 44  12/03/2012 | $275.00 |
| 5  09/03/2009 | $275.00 | | 25  05/03/2011 | $275.00 | | 45  01/03/2013 | $275.00 |
| 6  10/03/2009 | $275.00 | | 26  06/03/2011 | $275.00 | | 46  02/03/2013 | $275.00 |
| 7  11/03/2009 | $275.00 | | 27  07/03/2011 | $275.00 | | 47  03/03/2013 | $275.00 |
| 8  12/03/2009 | $275.00 | | 28  08/03/2011 | $275.00 | | 48  04/03/2013 | $275.00 |
| 9  01/03/2010 | $275.00 | | 29  09/03/2011 | $275.00 | | 49  05/03/2013 | $275.00 |
| 10  02/03/2010 | $275.00 | | 30  10/03/2011 | $275.00 | | 50  06/03/2013 | $275.00 |
| 11  03/03/2010 | $275.00 | | 31  11/03/2011 | $275.00 | | 51  07/03/2013 | $275.00 |
| 12  04/03/2010 | $275.00 | | 32  12/03/2011 | $275.00 | | 52  08/03/2013 | $275.00 |
| 13  05/03/2010 | $275.00 | | 33  01/03/2012 | $275.00 | | 53  09/03/2013 | $275.00 |
| 14  06/03/2010 | $275.00  $6919 | | 34  02/03/2012 | $275.00 | | 54  10/03/2013 | $275.00 |
| 15  07/03/2010 | $275.00 | | 35  03/03/2012 | $275.00 | | 55  11/03/2013 | $275.00 |
| 16  08/03/2010 | $275.00 | | 36  04/03/2012 | $275.00 | | 56  12/03/2013 | $275.00 |
| 17  09/03/2010 | $275.00 | | 37  05/03/2012 | $275.00 | | 57  01/03/2014 | $275.00 |
| 18  10/03/2010 | $275.00 | | 38  06/03/2012 | $275.00 | | 58  02/03/2014 | $275.00 |
| 19  11/03/2010 | $275.00 | | 39  07/03/2012 | $275.00 | | 59  03/03/2014 | $275.00 |
| 20  12/03/2010 | $275.00 | | 40  08/03/2012 | $275.00 | | 60  04/03/2014 | $275.00 |

$6,919 should have been paid through June 2010.  $11,294 has been paid.  Accordingly, Trustee's Motion is without merit.

CASE NO.: 09-05175-TUC-EWH

**RECEIPT HISTORY**

| RECEIPT DATE | RECEIPT SOURCE | RECEIPT DESCRIPTION | RECEIPT AMOUNT |
|---|---|---|---|
| Jul 06, 2009 | 20132 | EMPLOYER PAYROLL DEDUCTION CHECK | 4,169.00 |
| Oct 20, 2009 | 2340652761 | CASHIER'S CHECK FROM DEBTOR | 550.00 |
| Jan 12, 2010 | 0174813245 | MONEY ORDER FROM DEBTOR | 550.00 |
| Feb 05, 2010 | 8650940562 | CASHIER'S CHECK FROM DEBTOR | 1,300.00 |
| Feb 12, 2010 | 2340660483 | CASHIER'S CHECK FROM DEBTOR | 1,250.00 |
| Mar 04, 2010 | 0690607527 | BANK CHECK | 1,275.00 |
| Mar 08, 2010 | 3360416445 | CASHIER'S CHECK FROM DEBTOR | 1,000.00 |
| Mar 23, 2010 | 2340662976 | CASHIER'S CHECK FROM DEBTOR | 275.00 |
| Apr 05, 2010 | 0690610480 | MONEY ORDER FROM DEBTOR | 650.00 |
| May 03, 2010 | 0690610547 | MONEY ORDER FROM DEBTOR | 275.00 |
| | | **TOTAL RECEIPTS** | **11,294.00** |