# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | BARRY WEISBAND | | |
| **Case Number:** | 4:09-BK-05175-EWH | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 10, 2010 02:00 PM   COURTROOM 206 | | |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL | | |
| **Courtroom Clerk:** | TERESA MATTINGLY | | |
| **Reporter / ECR:** | EUNICE STROUD | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY 2774 NORTH FAIR OAKS AVENUE, TUCSON, AZ 85712 FILED BY JESSICA R. KENNEY OF MCCARTHY HOLTHUS LEVINE ON BEHALF OF FIRST HORIZON HOME LOANS .

**R / M #:**   142 / 0

## *Appearances:*

RONALD RYAN, ATTORNEY FOR BARRY  WEISBAND
JESSICA R. KENNEY, ATTORNEY FOR FIRST HORIZON HOME LOANS, Appearing in Phoenix

## *Proceedings:*

Mr. Kenney states nothing has been worked out.  The movant is by merger there has been no transfer of deed of trust.

Mr. Ryan wants to rely on his written pleadings and argues as to movant's standing.  You have to be the holder of the note to be the real party in interest.

Court informs Mr. Ryan that he could have made his argument in the adversary.

COURT:  THERE IS CAUSE TO LIFT THE STAY UNDER 362(d)(1) AND 362(d)(2).  Ms. Kenney to submit the form of order.

Mr. Ryan asks if both stay relief matters can be consolidated.

Court notes that the movant has filed an objection to consolidate, it does not believe it has the power to address the issue.